# United States Court of Appeals for the Federal Circuit

---

**IN RE: MOHAMMAD A. MAZED,**
*Appellant*

---

2024-1756

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/602,403.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 10, 2025
Date